AO 442 (Rev. 01/09) Arrest Warrant

AUSA John K. Neal (313) 226-9644
Special Agent Douglas Carmack, DEA (313) 234-4208

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-28 PRADEEP PANDYA

Case No. 11-CR-20468

FILED
APR 02 2013
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PRADEEP PANDYA, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Health Care Fraud

Date: 2/07/2013

*Issuing officer's signature*

City and state: Detroit, Michigan

CAROLYN CIESLA DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: 3-20-2013

*Arresting officer's signature*

Doug Carmack
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*