**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Cr. No. 11-cr-20468-28**
**Hon. Arthur Tarnow**

**PRADEEP PANDYA,**

**Defendant.**
_____________________________________/

**STIPULATED ORDER ADJOURNING SENTENCING DATE**

NOW COME the above parties, through the undersigned counsel, and the Court being duly advised in the premises, hereby agree and stipulate to the adjournment of the sentencing date from February 14, 2014, to August 15, 2014 at 2:00 p.m.

**Stipulated and Agreed To:**

**s/Sanford Plotkin**__________
**Sanford Plotkin (P38691)**
**Atty. for Defendant**

**Dated: February 6, 2014**

**s/John Neal**_____________
**John Neal**
**AUSA**

**So Ordered.**

**s/Arthur J. Tarnow**
**SENIOR U.S. DISTRICT JUDGE**

**Dated: February 7, 2014**