**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Cr. No.** 11-cr-20468
**v.** **Hon. Arthur J. Tarnow**

**PRADEEP PANDYA,**
**ATUL PATEL,**

**Defendants.**
**_____________________________________/**

**STIPULATED ORDER ADJOURNING SENTENCING DATES**

NOW COME the above parties, through the undersigned counsel, and hereby agree and stipulate to the adjournment of the respective sentencing dates as follows: Pradeep Pandya from January 22, 2015, to March 23, 2015, at 2 p.m., and Atul Patel, from January 27, 2015, to March 25, 2015, at 2 p.m.; for the reason that there are several ongoing investigations, some involving the assistance of Defendants, which may well impact the sentencing of Defendants, and require additional time to resolve themselves accordingly.

**Stipulated and Agreed To:**

**s/Sanford Plotkin__________**
**Sanford Plotkin (P38691)**
**Atty. for Defendant**

**s/John Neal_____________**
**John Neal**
**AUSA**

**s/James Burdick_____**
**Atty. for Atul Patel**

**Dated: January 21, 2015**

**So Ordered.**

**s/Arthur J. Tarnow**
**Senior U.S. District Judge**

**Dated: January 23, 2015**