**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Cr. No.** 11-cr-20468
**Hon. Arthur J. Tarnow**

**PRADEEP PANDYA,**

**Defendant.**
**________________________________/**

**STIPULATED ORDER ADJOURNING SENTENCING DATE**

NOW COME the above parties, through the undersigned counsel, and hereby agree and stipulate to the adjournment of the sentencing date from March 23, 2015, to June 23, 2015 at 2:00 p.m., for the reason that there are several ongoing investigations, some involving the assistance of Defendant, which may well impact the sentencing of Defendant, and require additional time to resolve themselves accordingly.

**Stipulated and Agreed To:**

**s/Sanford Plotkin__________**
**Sanford Plotkin (P38691)**
**Atty. for Defendant**

**s/John Neal_____________**
**John Neal**
**AUSA**

**Dated: March 18, 2015**

**So Ordered.**

**s/Arthur J. Tarnow**
**Senior U.S. District Judge**

**Dated: March 19, 2015**