**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Cr. No.** 11-cr-20468

**v.**

**Hon. Arthur J. Tarnow**

**PRADEEP PANDYA,**

**Defendant.**

______________________________________/

**STIPULATED ORDER EXTENDING SELF-SURRENDER DATE**

NOW COME the above parties, through the undersigned counsel, and hereby agree and stipulate to the extension of the self-surrender date from August 6, 2015, to November 6, 2015, in order to allow Defendant sufficient time to make arrangements for his family's well-being.

**Stipulated and Agreed To:**

**s/Sanford Plotkin**
**Sanford Plotkin (P38691)**
**Atty. for Defendant**

**s/John Neal**
**John Neal**
**AUSA**

**August 5, 2015**

**So Ordered.**

**s/Arthur J. Tarnow**
**District Court Judge**

**Dated: August 5, 2015**