**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Cr. No.** 11-cr-20468
**Hon. Arthur J. Tarnow**

**PRADEEP PANDYA,**

**Defendant.**
**___________________________________/**

**STIPULATED ORDER EXTENDING SELF-REPORTING DATE**

NOW COME the above parties, through the undersigned counsel, and hereby agree and stipulate to the extension of the Defendant's self-surrender date from November 6, 2015, to January 6, 2016, for the reason that Defendant is now in the process of retaining counsel to address the post-sentencing garnishment and other financial issues now presented, and will require additional time in which to do so.

**Stipulated and Agreed To:**

**s/Sanford Plotkin_________**
**Sanford Plotkin (P38691)**
**Atty. for Defendant**

**s/John Neal____________**
**John Neal**
**AUSA**

**Dated: November 2, 2015**

**So Ordered.**

**s/Arthur J. Tarnow_______**
**District Court Judge**

**Dated: November 6, 2015**