3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA, Case Number: 11CR20468-28

Plaintiff,

v.

PRADEEP NATVARLAL PANDYA, HONORABLE ARTHUR J. TARNOW
United States Senior Judge

Defendant.

FILED
MAR - 7 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

**MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENT 782 (subject to subsection (e)(1))**

NOW COMES, Pradeep Natvarlal Pandya, Defendant pro se, and respectfully request this Court to use its authority and grant him the relief provided in the United States Sentencing Guidelines (USSG) § 1B1.10(d), Amendment 782 (subject to subsection (e)(1)), which on July 18, 2014, the United States Sentencing Commission (USSC) unanimously voted to apply retroactively to most drug trafficking offenses, and it set November 1, 2014, as the date that Amendment 782 (subject to subsection (e)(1)) would go into effect, and in support of this Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), states as follows:

1. I am serving a term of imprisonment at FCI Morgantown, Morgantown, WV.
2. My sentence was based, at least in part, on a drug conviction.
3. I was sentenced in the Eastern District of Michigan, on January 6, 2016, to a term of 27 months. My Total Offense Level was 27 and my Criminal History Category was I.
4. My Projected Release Date is December 20, 2017.
5. I hereby request a court appointed attorney. I realize that an appointment of counsel is discretionary with the Court.

## DECLARATION

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct. Title 28 U.S.C. § 1746.

EXCUTED on February 29, 2016

Pradeep Natvarlal Pandya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 29, 2016, I placed a true and correct copy of the attached Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 (subject to subsection (e)(1)), in the United States mail, in a properly-addressed envelope, with first class postage duly paid and affixed to the envelope, with the envelope addressed to: JOHN NEAL, ASSISTANCE UNITED STATES ATTORNEY, U.S. Attorney's Office, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan 48226.

This Certificate was executed on February 29, 2016 at Morgantown, West Virginia.

Respectfully submitted,

Pradeep Natvarlal Pandya 48236-039
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507-1000

Defendant, pro se

48236-039
Pradeep Natvarlal Pandya
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507-1000
United States

PITTSBURGH PA 150
01 MAR 2016 PM 5 L



48236-039
CLERK OF COURT
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, Michigan 48226
United States

48226$2700 C008