2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
MAR 21 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

Plaintiff,

v.

Case No. 2:11-cr-20468-AJT-MKM
Hon. Arthur J. Tarnow

Pradeep Pandya,

Defendant(s),

---

## NOTICE OF ADDRESS CHANGE

Now comes, Pradeep Pandya, the Defendant pro se and respectfully request this Court to promptly inform all parties that a notice of address change has been filed with the Clerk's Office. In support, this notice regarding address change includes the following:

Pradeep Pandya
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507-1000
2:11-cr-20468-AJT-MKM
48236-039

## DECLARATION

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct, pursuant to Title 28 U.S.C. § 1746(2).

Executed on March 15, 2016

Pradeep Pandya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of address change, was mailed by United States mail, with postage paid and addressed to: United States District Court, Clerk's Office, 231 Lafayette Boulevard, Detroit, Michigan 48226. This Certificate was executed on March 15, 2016, at Morgantown, WV.

Pradeep Pandya 48236-039
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507-1000

48236-039
Pradeep Pandya
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507-1000
United States



PITTSBURGH PA 150
16 MAR 2016 PM 1 L

48236-039
United States District Court
Clerk's Office
231 Lafayette Boulevard
Detroit, Michigan 48226
United States

4822627942б