UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRADEEP PANDYA,

Defendant.
_______________________________/

Case No. 11-20468-28

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE [1538]**

On October 10, 2013, Defendant plead guilty to one count of conspiracy to commit health care fraud and one count of conspiracy to distribute a controlled substance. Defendant's plea was entered pursuant to a Rule 11 Plea Agreement [1030], stipulating that Defendant's guideline range was 70-87 months imprisonment. On March 30, 2015, the Court sentenced Defendant to 27 months of imprisonment. On May 4, 2015, Defendant filed a Motion for Reduction of Sentence [14].

Defendant moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) per Amendment 782. That statute permits a court to reduce a sentence "based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements

issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Amendment 782 allows for reductions of sentences if Defendant was sentenced pursuant to §2D1.1 and §2D1.11 of the United States Sentencing Guidelines. Defendant argues that his sentence was "based on" at least in part a drug conviction and therefore his sentence should be reduced.

The Court lacks authority to reduce Defendant's sentence because his sentence was not "based on" the guideline range subsequently lowered by the Sentencing Commission. In this case, Defendant was sentenced on June 30, 2015 to a term of 27 months in custody on Counts 1 and 2 of the superseding indictment. While Count 2 was a violation of 21 U.S.C. §§846 and 841(b)(1)(c), the guideline range was ultimately determined under the provisions of §2B1.1 (i.e. the amount of loss in this case), and as such Defendant is not eligible for a reduction of sentence.

**IT IS ORDERED** that Defendant's Motion for Reduction of Sentence [1538] is **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: April 17, 2017