Case: 17-1331 Document: 6-1 Filed: 05/04/2017 Page: 1

No. 17-1331

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 04, 2017
DEBORAH S. HUNT, Clerk

In re: PRADEEP PANDYA, )
)
Petitioner. )

O R D E R

Before: SUHRHEINRICH, MOORE, and COOK, Circuit Judges.

Pradeep Pandya petitions for a writ of mandamus, asking us to compel the district court to rule on his motion for reduction in sentence, pending since March 2016, and his motion to vacate, set aside, or correct sentence, pending since September 2016. Pandya also moves to proceed *in forma pauperis*. After Pandya petitioned for relief, the district court denied both motions. Because Pandya has received the relief he requested—a ruling on his pending motions—the relief he requests is moot.

The mandamus petition is **DISMISSED AS MOOT** and the motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 04, 2017

Mr. Pradeep Pandya
F.C.I. Morgantown
P.O. Box 1000
Morgantown, WV 26507

Re: Case No. 17-1331, *In re: Pradeep Pandya*
Originating Case No. : 2:16-cv-13497 : 2:11-cr-20468-28

Dear Mr. Pandya,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Louise A. Schwarber
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. David J. Weaver

Enclosure

No mandate to issue